UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SPEED AND ADAMS FUNERAL HOME, INC., <br><br> Plaintiff, <br><br> v. <br><br> ING NORTH AMERICA INSURANCE CORPORATION d/b/a ING, et al., <br><br> Defendants. | 4:14-cv-9 |

## ORDER

Speed and Adams Funeral Home, Inc., moves the Court for remand of this case to state court. ECF No. 10. The Defendants concede that remand is proper. ECF No. 17. The Court *REMANDS* this case to state court. The Clerk shall *CLOSE* the case. The Clerk may also *TERMINATE* ECF No. 9, which appears to be a duplicate of ECF No. 10.

The 3 day of March, 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA